FILED

09/22/2021

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 21-0266

IN THE SUPREME COURT OF THE STATE OF MONTANA

DA 21-0266

_____

MICKALE CARTER, and EUGENE
KIRSCHBAUM,

      Plaintiffs and Appellants,

    v.

BADROCK RURAL FIRE DISTRICT and
BADROCK FIRE AND QUICK RESPONSE
UNIT, INC., believed to be the heirs and assigns
of Badrock Rural Fire District,

      Defendant and Appellees.

_____

O R D E R

Pursuant to the Internal Operating Rules of this Court, this cause is classified for submission on briefs to a five-justice panel of this Court.

The Clerk is directed to provide a copy hereof to all counsel of record and to the Honorable Robert B. Allison, District Judge.

For the Court,

Electronically signed by:
Mike McGrath
Chief Justice, Montana Supreme Court
September 22 2021